UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THOMAS ABBOTT,

    Plaintiff,

v.

BRIAN WILLIAMS, *et al.*,

    Defendants.

Case No. 2:08-cv-00065-LDG (RJJ)

**ORDER**

    The plaintiff, Thomas Abbott, moves (#33) for an order that the Court clarify its July 12, 2010, Order that a negligent supervision claim remains against the State of Nevada ex rel. Nevada Department of Corrections (Nevada). Further noting that all federal claims have been dismissed, Abbott moves, in the alternative, for the Court to decline to exercise its supplemental jurisdiction and dismiss that state law claim without prejudice. Nevada has opposed the motion, though the opposition focuses solely on moving to dismiss the negligent supervision claim with prejudice. The Court will deny Abbott's motions and will not consider Nevada's motion.

    While Abbott continues to assert that he alleged the negligence claim against <u>both</u> Brian Williams and Nevada, a cursory review of his Amended Complaint establishes that he alleged his second claim for relief against a "Defendant" in the singular. By comparison,

1 Abbott alleged his first claim against the "Defendants" in the plural.  Any confusion whether
2 Abbott alleged a claim for negligent supervision against both Williams and Nevada is solely
3 the product of his pleadings.  As the Court's July 12, 2010, Order correctly noted the
4 confusion caused by Abbott's pleadings, clarification of that Order is unnecessary.

In response to Abbott's motion, Nevada has moved to dismiss the negligent supervision claim with prejudice.  Such motion sufficiently establishes that Nevada is willing to defend the claim on its merits.  This matter has been pending before this Court for more than three years.  In the interest of judicial economy, the Court will continue to exercise jurisdiction over the claim.  Accordingly, the Court will deny Abbott's motion in the alternative to dismiss the claim without prejudice.

The Court further notes that, because Nevada couched its motion to dismiss with prejudice in its response, that motion was not properly docketed.  Further, Abbott has not responded to Nevada's motion on the merits.  Accordingly, the Court will not consider Nevada's motion to dismiss on the merits.  Nevada may renew its motion by filing and correctly docketing such motion, thereby providing Abbott with notice and an opportunity to respond to Nevada's motion on the merits.

Therefore, for good cause shown,

THE COURT **ORDERS** that Thomas Abbott's Motion to Clarify Order Granting Summary Judgment or, in the Alternative, Motion to Dismiss without Prejudice the Remaining State Law Claim Against Defendant State of Nevada ex. rel. The Nevada Department of Corrections (#33) is DENIED.

DATED this ___11___ day of March, 2011.

_____
Lloyd D. George
United States District Judge

2